CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
ERIC C. SCHMALE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: eric.schmale@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO RODRIGUEZ GONZALEZ<br><br>Defendant. | Case No. 20-CR-00194-JAD-DJA<br><br>**Stipulation to Continue Sentencing** |

It is hereby stipulated and agreed, by Eric C. Schmale, Assistant United States Attorneys, counsel for the United States of America, and Benjamin Nadig, Esq., counsel for Francisco Rodriguez Gonzalez, that the sentencing hearing currently scheduled for October 12, 2021, at 11:00 a.m., be vacated and continued to November 22, 2021, or the earliest date thereafter convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for the government anticipates ongoing paternity leave conflicting with the currently scheduled October 12 sentencing date.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested is necessary and reasonable pursuant to FRCP 32(b)(1), which only requires that "[t]he court must impose sentence without unnecessary delay."

DATED this 28th day of September, 2021.

CHRISTOPHER CHIOU
United States Attorney

/s/ Eric Schmale
ERIC C. SCHMALE
Assistant United States Attorney

/s/ Benjamin Nadig
BENJAMIN NADIG, ESQ.
Counsel for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO RODRIGUEZ GONZALEZ

    Defendants.

Case No. 20-CR-00194-JAD-DJA

**ORDER**

### FINDINGS OF FACT

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. Government counsel anticipates a conflict with the currently scheduled sentencing date.

2. The additional time requested is not requested for purposes of delay, and does not unnecessarily delay sentencing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

### CONCLUSIONS OF LAW

The additional time does not unnecessarily delay sentencing, pursuant to Fed. R. Crim. P. 32(b).

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently set for October 12, 2021, at 11:00 a.m., is vacated and continued to December 7, 2021, at 11:00 a.m.

IT IS SO ORDERED.

DATED this 29th day of September, 2021.

_____
HON. JENNIFER DORSEY
UNITED STATES DISTRICT JUDGE