Case 2:20-cr-00194-JAD-DJA   Document 233   Filed 04/22/24   Page 1 of 2

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>Francisco Rodriguez Gonzalez | )<br>)<br>)  Case No: 2:20-cr-00194-JAD-DJA-5<br>)  USM No: 56364-048<br>) |
| Date of Original Judgment: 12/07/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )  Madeline S. Lal, AFPD<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __70__ months **is reduced to** __61__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/07/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/22/2024

*Judge's signature*

Jennifer A. Dorsey, U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Francisco Rodriguez Gonzalez
CASE NUMBER: 2:20-cr-00194-JAD-DJA-5
DISTRICT: District of Nevada

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 23     Amended Total Offense Level: 21
Criminal History Category: I         Criminal History Category: I
Previous Guideline Range: 46 to 57 months   Amended Guideline Range: 37 to 46 months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a)** *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Francisco Rodriguez-Gonzalez's sentence is amended to 37 months for Counts 1 and 2, in addition to 24 months as to Count 9, for a total of 61 months.